# United States Court of Appeals
## For the First Circuit

No. 04-2101

UNITED STATES OF AMERICA,

Appellant,

v.

QUINTON SMITH,

Defendant, Appellee.

**ERRATA SHEET**

Judge Lynch's dissent, issued September 9, 2005, should be amended as follows:

On page 16 line 9: the word "Quentin" is replaced with "Quinton."

On page 27 line 14: after "Maj. op.," the number "10" is replaced with "9."